NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GRANGER,<br><br>             Plaintiff,<br><br>v.<br><br>AMERICAN E-TITLE CORP., et al.,<br><br>             Defendants. | Civil Action No.: 10-4627 (JLL)<br><br>**ORDER** |

This matter comes before this Court by way of: (1) Plaintiff's Motion for Default Judgment [Docket Entry No. 30]; (2) Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5) [Docket Entry No. 32]; and (3) Defendants' Motion to Vacate Default Judgment [Docket Entry No. 33]; the Court having considered the Parties' submissions without oral argument pursuant to Fed. R. Civ. P. 78; and for the reasons stated in this Court's accompanying Opinion;

    IT IS on this ___1___ day of February, 2012,

    **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint is **GRANTED** with prejudice; and it is further

    **ORDERED** that Plaintiff's Motion for Default Judgment and Defendants' Motion to Vacate Default Judgment are **DENIED** as moot.

    **IT IS SO ORDERED.**

                                                      _____<br>
                                                      Jose L. Linares<br>
                                                      United States District Judge