NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| JOHN GRANGER, | Civil Action No.: 10-4627 (JLL) |
| --- | --- |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN E-TITLE CORP., et al., | |
| Defendants. | |

This matter comes before this Court by way of: (1) Plaintiff's Motion for Default Judgment [Docket Entry No. 30]; (2) Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5) [Docket Entry No. 32]; and (3) Defendants' Motion to Vacate Default Judgment [Docket Entry No. 33]; the Court having considered the Parties' submissions without oral argument pursuant to Fed. R. Civ. P. 78; and for the reasons stated in this Court's accompanying Opinion;

IT IS on this __1__ day of February, 2012,

**ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint is **GRANTED** with prejudice; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment and Defendants' Motion to Vacate Default Judgment are **DENIED** as moot.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge