**NOT FOR PUBLICATION**                            **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GRANGER, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN E-TITLE CORP., et al., <br><br> Defendants. | Civil Action No.: 10-4627 (JLL) <br><br> **ORDER** |

**THIS MATTER** comes before the Court by way of a motion to dismiss for ineffective service of process brought by Defendants American E-Title, Corp., United Agencies, and Gulshan Chhabra (collectively referred to as "Defendants"). Defendants filed their motion to dismiss on January 18, 2013 (Docket Entry No. 65), and plaintiff John Granger ("Plaintiff") submitted a memorandum in opposition on February 11, 2013 (Docket Entry No. 67). This Court had referred Defendants' motions to the Honorable Michael A. Hammer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Hammer filed a Report and Recommendation in connection with said motions on April 10, 2013. In particular, Magistrate Judge Hammer recommended that the Court grant Defendants' motion to dismiss for ineffective service of process (Docket Entry No. 65) and terminate as moot Plaintiff's outstanding motions to strike. Objections to Magistrate Judge Hammer's April 10, 2013 Report and Recommendation were due by April 24, 2013. To date, the Court has received no objection, and for good cause shown,

IT IS on this **30th day of April, 2013,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Hammer, filed on April 10, 2013 [Docket Entry No. 70], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendants' motions to dismiss [Docket Entry Nos. 65] is **granted;** and it is further

**ORDERED** that Plaintiff's motions to strike [Docket Entry Nos. 62 and 67] are hereby terminated as **moot**.

This case is **CLOSED**.

Jose L. Linares
United States District Judge